ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Dec-09 11:20:47
60CV-22-8418
C06D04 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**ROBERT YARBROUGH**                                                   **PLAINTIFF**

**VS.**                                    **60CV-22-_____**

**CITIBANK, N.A.**                                                    **DEFENDANT**

### COMPLAINT

Comes now the Plaintiff, Robert Yarbrough, by and through his attorney, Floyd A. Healy, and for his Complaint against the Defendant, states:

1.     That the Plaintiff is a resident of Pulaski County, Arkansas, and was so situated at all times set forth hereinbelow.

2.     That Plaintiff verily believes and therefore alleges that the Defendant, Citibank, N.A., is a corporation existing under and pursuant to the laws of the State of Delaware and does business within the State of Arkansas.

3.     That this Court has jurisdiction over this cause of action pursuant to 15 U.S.C. § 1681 *et seq*, a/k/a The Fair Credit Reporting Act.   The Defendant has and is continuing to report derogatory information about the Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681 A.

4.     That the Plaintiff has disputed the accuracy of the derogatory information repeatedly both to the Defendant and the consumer reporting agency.  The Defendant has been advised by the Plaintiff and Prosecuting Attorney for Pulaski County, Arkansas that several of the Defendant's credit cards issued to the Plaintiff were stolen by third parties who have been criminally prosecuted.

5.      That the Defendant has not provided notice of these disputed matters to the credit bureaus and is therefore in violation of 15 U.S.C § 1681 S-2 which requires this notice.

6.      That the Defendant has failed to comply with 15 U.S.C. § 1692 G and Defendant has not within five days of Plaintiff's submission of communication  nor at any other time sent Plaintiff written documentation of the amount of the debt, the name of the original creditor, not any information required by The Fair Credit Reporting Act.

7.      That the Defendant has failed to complete an investigation of the Plaintiff's written dispute and provide the results of an investigation to the Plaintiff within thirty (30) days, as required by 15 U.S.C. § 1681 S-2.

8.      That the Defendant has not notified the Plaintiff of any determination that Plaintiff's dispute if frivolous within five days required by 15 U.S.C. § 1681 S-2 nor at any other time.

9.      That during the history between the two parties. Defendant issued two credit cards to the Plaintiff, one ending in 6998 and the other ending in 5982.  These cards were never utilized or even seen by the Plaintiff, although the Defendant has been made aware of the facts of the theft of these cards, they continue to bill the Plaintiff for approximately $12,000.00 on the 6998 account and $15,687.00 on the 5982 account.

10.     That the Plaintiff has provided documentation to the Defendant that these accounts and the charges put thereon were accrued by thieves.  A third card issued in the name of the Plaintiff as a Sears card was also stolen.  The Defendant was advised of this and initially removed the balance of $459.00 from the Plaintiff's account.  However,

the Defendant has once again began billing the Plaintiff for these fraudulent charges and has inaccurately reported the debt to these reporting agencies.

11. That due to the inability of the Defendant to resolve any of the Plaintiff's complaints, the Plaintiff was forced to pay $9,325.66 on the account ending in 5982 for which he now seeks reimbursement.

WHEREFORE, Plaintiff seeks judgment against the Defendant for willful noncompliance of the Fair Credit Reporting Act and seeks statutory remedies as defined by 15 U.S.C. § 1681N and demands $1,000.00 for each violation of The Fair Credit Reporting Act, $25,000.00 in punitive damages, $9,325.06 in reimbursement, as well as a permanent injunction against the Defendant for reporting derogatory information about the Plaintiff to consumer reporting agencies together with costs and attorney's fees as set forth in the Fair Credit Reporting Act.

Respectfully Submitted,

FLOYD A. HEALY
Attorney at Law
#8 Shackleford Plaza, Suite 103
Little Rock, AR 72211
(501) 224-5551
(501)224-5550 (fax)

By: _____
Floyd A. Healy, Bar No. 86086