# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT YARBROUGH**                                                                                      **PLAINTIFF**

**v.**                                      **Case No. 4:23-cv-00028-KGB**

**CITIBANK, N.A.**                                                                                           **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 14). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A). For good cause shown, the Court adopts the joint stipulation of dismissal. This action is dismissed with prejudice.

It is so ordered this 9th day of July, 2024.

_____
Kristine G. Baker
Chief United States District Judge